AUSA Grant Sparks

# United States District Court   FILED

Western District Of Texas

DEC - 1 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
**Robert James Lockhart**

CRIMINAL COMPLAINT

CASE NUMBER: A-08-M-660

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 28, 2008, in Kimble County, in the Western District of Texas defendant(s), (Track Statutory Language of Offense)

**Robert James Lockhart** did knowingly and intentionally possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana.

in violation of Title **21** United States Code, Section(s) **841**. I further state that I am a **Task Force Officer – Drug Enforcement Administration** and that this complaint is based on the following facts:

On or about November 28, 2008, Defendant, **Robert James Lockhart** was traveling via motor vehicle, to wit: a tractor trailer, in Kimble County, Texas within the Western District of Texas. Kimble County Deputy Billy Hull observed the tractor trailer traveling eastbound on IH-10 at a speed over the posted limit. Deputy Hull initiated a traffic stop on the tractor trailer for speeding. The driver of the tractor trailer presented Deputy Hull with Mississippi commercial driver's license identifying himself as Robert James Lockhart. Deputy Hull then learned that Lockhart's commercial driver's license was suspended for failure to pay previous traffic citations. Deputy Hull observed Lockhart to be visibly nervous and requested consent to search Lockhart's vehicle. Lockhart provided Deputy Hull with oral consent to search his vehicle. Consent was documented by patrol car video / audio. Deputy Hull then located 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana in the trailer compartment of Lockhart's tractor trailer. This substance later field tested positive for marijuana. Deputy Hull then attempted to place Lockhart under arrest. Lockhart initially resisted Deputy Hull but Deputy Hull ultimately placed Lockhart in custody. Kimble County Deputy Ralph Sramek who is assigned as a Task Force Officer to the Drug Enforcement Administration in San Antonio, Texas interviewed Lockhart after being advised of his constitutional rights. Lockhart told Deputy Sramek that Lockhart had picked up the load of marijuana in Phoenix, Arizona and was transporting the marijuana to Jackson, Mississippi. Lockhart further stated that he was to be paid fifty dollars per pound for transporting the marijuana once Lockhart delivered the marijuana to Mississippi.

Continued on the attached sheet and made a part hereof:   ☐ Yes   X No

_____
Signature of Complainant – Ralph Sramek
Kimble County Deputy Sheriff / DEA Task Force Officer

Sworn to before me and subscribed in my presence,

~~November 26, 2008~~ 12/1/08   at   Austin, Texas
Date                                            City and State

Andrew Austin
U.S. Magistrate Judge

_____       _____
Name & Title of Judicial Officer                    Signature of Judicial Officer